481 A.2d 363

Commonwealth v. Johnson, Appellant.

Reargument Denied Sept. 26, 1984.

Petition for Allowance of Appeal
Denied March 22, 1985.

Submitted June 8, 1984. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before TAMILIA, JOHNSON and HESTER, JJ.

Judgment affirmed.